## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SHELBY PATRICK, et al.** | : | **Case No.  1:21-cv-00099** |
| **Plaintiffs,** | : | |
| | | **Judge Susan J. Dlott** |
| **v.** | : | |
| **BENHASE HOLDINGS, LLC.,** | | |
| | : | |
| **Defendants.** | : | |

## ORDER

The Court having been advised by counsel for the parties that the above matter has been

settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED

WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than June

20, 2022, reopen the action if settlement is not consummated.  The parties may substitute a judgment

entry contemplated by the settlement agreement upon approval of the Court.  Parties intending to

preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v. Guardian Life*

*Ins. Co. of America,* 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any

substitute judgment entry.

The Court explicitly retains jurisdiction to enforce the settlement agreement reached by

the parties.

**IT IS SO ORDERED.**

/s/Susan J. Dlott
Susan J. Dlott
United States District Judge